**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF OHIO

### JUDGMENT IN CIVIL CASE

| | |
|---|---|
| Gregory T. Howard, | : |
| Plaintiff, | : |
| v. | : Case No. 2:10-cv-757 |
| United States District Court for Southern District of Ohio, et al., | : |
| | : JUDGE MARBLEY |
| | MAGISTRATE JUDGE KEMP |
| Defendants. | : |

[ ] **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.**  This action was decided by the Court without a trial or hearing.

> IT IS ORDERED AND ADJUDGED That pursuant to the March 17, 2011 Opinion and Order, this case is **DISMISSED WITH PREJUDICE**  pursuant to 28 U. S.C. §1915(e)(2) for failure to state a claim upon which relief can be granted.

Date: **March 17, 2011**            **James Bonini, Clerk**

                         s/Betty L. Clark
                        Betty L. Clark/Deputy Clerk